IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01249-WYD-KLM

TODD A. AURIT,

    Plaintiff,

v.

SANDY HARRIS, Head of Administration, Medical;
JACKIE MCPEEK, N[.]P[.];
DR. FRANKLIN DARROW, D.D.; and
MARY K. CARTER, N.P.,

    Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion to Dismiss, filed December 17, 2009 (docket #26). Having reviewed this motion, it hereby

ORDERED that Plaintiff's Motion to Dismiss is **GRANTED**. It is

FURTHER ORDERED that this case is **DISMISSED WITHOUT PREJUDICE**.

Dated: February 6, 2009

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief U. S. District Judge